1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JIM W. FANG
3  Assistant United States Attorneys
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
5  Email: jim.fang@usdoj.gov
   *Attorneys for the United States of America*

6

                    **UNITED STATES DISTRICT COURT**
7                      **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,            Case No. 2:22-mj-642-DJA

9          Plaintiff,                   ORDER    **to Continue the Preliminary**
                                        **Hearing (First Request)**
10         v.

11 DEANDRA MICHELLE SMITH,

12         Defendant.

13

14        It is hereby stipulated and agreed, by and between Jason M. Frierson, United States

15 Attorney, through Jim W. Fang, Assistant United States Attorney, and Brian Pugh,

16 Assistant Federal Public Defender, counsel for Defendant Deandra Michelle Smith, that the

17 preliminary hearing in the above-captioned matter, previously scheduled for October 17,

18 2022, at 4:00 p.m., be vacated and continued until a time convenient to the Court, but no

19 earlier than 120 days from the current setting.

20        1.      Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the

21 defendant's consent and upon a showing of good cause—taking into account the public

22 interest in the prompt disposition of criminal cases—a magistrate judge may extend the time

23 limits [for preliminary hearings] one or more times." Here, the parties desire to explore the

24

potential to resolve this matter before defendant is formally charged by a criminal indictment.

2.      In that regard, the government will be providing defense counsels with limited Rule 16 discovery in order to facilitate pre-indictment resolution. Defense counsel will need additional time to review the discovery and discuss the case with defendant prior to a preliminary hearing or indictment.

3.      This continuance is not sought for the purposes of delay, but to allow defense counsel an opportunity to examine the merits of this case, to prepare for the preliminary hearing and/or a possible indictment/trial, and to reach a potential resolution between the parties.

4.      Defendant is not in custody and agrees to the continuance.

5.      Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6.      The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

DATED this 5th day of October, 2022.

JASON M. FRIERSON
United States Attorney

s/Jim W. Fang                                            s/ Brian Pugh
JIM W. FANG                                             BRIAN PUGH
Assistant United States Attorney            Assistant Federal Public Defender
*Counsel for the United States*                 *Counsel for Defendant*

1

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

3   UNITED STATES OF AMERICA,

4               Plaintiff,

5        v.                                        Case No. 2:22-mj-642-DJA

6   DEANDRA MICHELLE SMITH,                        **FINDINGS AND ORDER**

7               Defendant.

8          Based on the pending Stipulation between the defense and the government, and good

9   cause appearing therefore, the Court hereby finds that:

10         1.      The parties desire to continue the preliminary hearing to facilitate pre-

11  indictment resolution, and the government will be providing defense counsel with limited

12  Rule 16 discovery for that purpose. Defense counsel will need additional time to review the

13  discovery and discuss the case with defendant prior to a preliminary hearing or indictment.

14  The Court finds good cause to continue the hearing to allow the parties to reach a pre-

15  indictment resolution.

16         2.      Both counsels for defendant and counsel for the government agree to the

17  continuance.

18         3.      Defendant is not in custody and agree to the continuance.

19         4.      The continuance is not sought for the purposes of delay, but to allow defense

20  counsel an opportunity to examine the merits of this case, to prepare for the preliminary

21  hearing and/or a possible indictment/trial, and to reach a potential resolution between the

22  parties.

23

24

1    5.    Denial of this request could result in a miscarriage of justice, and the ends of

2  justice served by granting this request outweigh the best interest of the public and the

3  defendants in a speedy trial.

4    6.    The additional time requested by this stipulation is excludable in computing

5  the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C.

6  § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

7    THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the

8  above-captioned matter currently scheduled for October 17, 2022, at 4:00 p.m. be vacated

9  and continued to February 27, 2023, at 4:00 p.m., Courtroom 3A.

10    DATED this ____6th____ day of ____October____, 2022.

12    _____
                                              HONORABLE DANIEL J. ALBREGTS
13                                            UNITED STATES MAGISTRATE JUDGE

4